UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 1:24-cr-00372-DDD |
| | § | |
| MATHEW JOHN BARR | § | |

## AMENDED MOTION TO WITHDRAW

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Rick Cofer, attorney for the Accused in the above styled and numbered cause, files this Motion to Withdraw. In support thereof, Mr. Cofer shows the Court the following:

I.

Mr. Cofer is on indefinite leave for medical treatment.

II.

On March 25, 2025, Cofer & Connelly, PLLC informed Mr. Barr of Mr. Cofer's intent to submit a Motion to Withdraw. Mr. Cofer's notice to Mr. Barr included warning the client is responsible for complying with all court orders and time limitations and client has been made aware of deadlines and settings in this case.

III.

Mr. Barr is represented in civil matters by Henry Baskerville. Mr. Barr will retain new criminal counsel in this matter.

IV.

Mr. Barr does not object to this motion. The Government does not object to this motion.

WHEREFORE, PREMISES CONSIDERED, the Movant prays that this Honorable Court enter its Order relieving them of further representation of the Accused in the instant case.

Respectfully submitted,

s/ Richard Lyn Cofer II
Richard Lyn Cofer II
Cofer & Connelly, PLLC
602 W. 11th Street
Austin, TX 78701
Telephone: (512) 200-3801
FAX: (512) 727-5568

E-mail: service@coferconnelly.com
Attorney for Defendant Mathew Barr

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of April 2025, a true and correct copy of the above and foregoing MOTION TO WITHDRAW was filed electronically, and through that system, all parties, by and through their respective attorneys, including Taylor Glogiewicz, the Assistant United States Attorney handling this case, have had this document forwarded to them.

Taylor Glogiewicz
Craig Gordon Fansler
Assistant U.S. Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202

/s/   Richard Lyn Cofer II

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO.   1:24-cr-00372-DDD |
| MATHEW JOHN BARR | § § | |

# **ORDER**

The court, having read and considered the above motion, and finding good cause, therefore, grants this Motion to Withdraw.

SIGNED this _____ day of _____, 2025.

_____
The Honorable Judge Daniel D. Domenico
United States District Judge